NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1355, -1377, -1383, -1423, -1424

KYOCERA WIRELESS CORPORATION,

Appellant,

and

T-MOBILE USA, INC.,

Appellant,

and

AT&T MOBILITY LLC (formerly known as Cingular Wireless, LLC),

Appellant,

and

SPRINT NEXTEL CORPORATION,

Appellant,

and

LG ELECTRONICS MOBILECOMM U.S.A., INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

BROADCOM CORPORATION,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-543.

ON MOTION

ORDER

Kyocera Wireless Corporation, T-Mobile USA, Inc., AT&T Mobility LLC, Sprint Nextel Corporation, and LG Electronic Mobilecomm U.S.A., Inc. move jointly and without opposition to dismiss their appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The stay is lifted.

(2)     The motion to dismiss the appeals is granted.

(3)     All sides shall bear their own costs.

FOR THE COURT

JUL 3 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Claudia Wilson Frost, Esq.
        Don F. Livornese, Esq.
        Michael J. McKeon, Esq.
        Kathryn L. Clune, Esq.
        Josh A. Krevitt, Esq.
        Michael Liberman, Esq.
        Robert A. Van Nest, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 1 2009

JAN HORBALY
CLERK

JUL 3 1 2009
ISSUED AS A MANDATE: _____

2008-1355 et al.                    2